**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6793**

JONATHAN ALLEN,

                Petitioner - Appellant,

     v.

WARDEN D. L. YOUNG,

                Respondent - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, District Judge.  (5:18-cv-01463)

Submitted:  October 22, 2020                Decided:  October 27, 2020

Before WYNN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan Allen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Allen, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Allen's 28 U.S.C. § 2241 petition in which Allen raised a due process challenge to a prison disciplinary proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Young*, No. 5:18-cv-01463 (S.D.W. Va. May 13, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*